

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00493-CV

Bruce Lee **BECKER**,
Appellant

v.

Pedro **BECKER** and Manuela Becker,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016-CV-04644
Honorable Jason Wolff, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

Appellant's first amended motion to stay proceedings filed on December 18, 2017, is DENIED.

It is so ORDERED on December 29, 2017.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court